IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


SALLY HUDSON                                                                        PLAINTIFF

vs.                              Civil Case No. 3:97cv00197 HLJ

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                              DEFENDANT


## **JUDGMENT**


Pursuant to the Memorandum and Order entered in this case on this date, IT IS

CONSIDERED, ORDERED and ADJUDGED that Plaintiff's case is dismissed with

prejudice.

SO ADJUDGED this 13th day of September, 2007.



_____
UNITED STATES MAGISTRATE JUDGE